McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:18-MJ-00043-SKO |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT |
| v. | |
| JERRY SALAZAR, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Ross Pearson, hereby moves to dismiss the complaint without prejudice.

Dated: June 11, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Motion to Dismiss Criminal Complaint

| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROSS PEARSON<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:18-MJ-00043-SKO |
|---|---|
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| JERRY SALAZAR, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: **June 11, 2018**        /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER DISMISSING COMPLAINT